[Cite as *04/08/2003 Case Announcements #2*, 2003-Ohio-1791.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 8, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–0641.   Cincinnati Ins. Co. v. Estate of McClain.**
Greene App. No. 2001CA96, 2002-Ohio-1190. This cause is pending before the court as an appeal from the Court of Appeals for Greene County.

IT IS ORDERED by the court, sua sponte, that oral argument scheduled for April 16, 2003, be, and hereby is, canceled.

Cook, J., not participating.